E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-04236-S4**

**6/8/2021 3:06 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TRAVIS BERDETTE STRICKLAND,** | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION 21-C-04236-S4 |
| | ) | FILE NO.: _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| **KCG, INC., DBA REW MATERIALS and** | ) | |
| **TIMOTHY WILKERSON,** | ) | **JURY TRIAL DEMAND** |
| | ) | |
| Defendants. | ) | |

### COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff BERDETTE TRAVIS STRICKLAND, ( hereinafter "Plaintiff STRICKLAND" or "Plaintiff") in the above-styled action, and makes and files this Complaint against the above-named Defendants KCG, INC dba REW MATERIALS (hereinafter "Defendant KCG, Inc.") and TIMOTHY WILKERSON (hereinafter "Defendant Wilkerson") and shows the Court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Strickland is a citizen of the State of Georgia and resides in this state and is subject to the jurisdiction of this Court.

2.

Defendant KCG, Inc., doing business as Rew Materials in State of Georgia is a foreign corporation, with its principal place of business in 15720 W 108TH ST STE 100, LENEXA, KS, 66219-1338 and may be served by delivering a copy of the summons and complaint to its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 (Gwinnett County).

3.

Defendant Timothy Wilkerson ("Defendant Wilkerson") is an Alabama resident and may be served at his home address at 2404 Tillery Ln Apt A1, Phenix City, AL 36867-2955.

4.

Jurisdiction and venue are proper in this Court.

## OPERATIVE FACTS

5.

On or about October 11, 2019, Defendant Wilkerson was driving a white 2015 IW9 down Smokey Road near Fields Road in Coweta County, Georgia.

6.

According to the Georgia Motor Vehicle Crash Report, Defendant Wilkerson admitted to being distracted by looking at a vehicle on the opposite side of the road at the same time Plaintiff Strickland was operating his vehicle in a lawful, reasonable, and prudent manner. Suddenly and without warning, Defendant Wilkerson's semi-truck struck Plaintiff Strickland's utility trailer, which was directly attached to his 2003 GMC Sierra 2500 (See Exhibit "A", Georgia Motor Vehicle Crash Report).

7.

As a result of the collision, Plaintiff Strickland suffered critical injuries, including severe neck pain, whiplash, along with chronic back pain.

## COUNT I - NEGLIGENCE

8.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 7 above, as if fully set forth herein verbatim.

9.

Defendant Wilkerson was negligent for failing to keep a proper lookout and for being distracted while driving.

10.

Defendant Wilkerson's negligence is the sole and proximate cause of the collision, and Plaintiff Strickland's resulting injuries.

## COUNT II – IMPUTED LIABILITY

11.

Plaintiff Strickland re-alleges and incorporates the allegations contained in paragraphs 1 through 10 above, as if fully set forth herein verbatim.

12.

At the time of the subject collision, Defendant Wilkerson was working for Defendant KCG, Inc.

13.

At the time of the subject collision, Defendant Wilkerson was acting within the scope of his employment with Defendant KCG, Inc.

14.

Defendant KCG, Inc is responsible for the actions of Defendant Wilkerson in regard to the collision described in this complaint under the doctrine of respondeat superior, lease liability, and/or agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

15.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 14 above, as if fully set forth herein verbatim.

16.

Defendant KCG, Inc. was negligent in hiring Defendant Wilkerson and entrusting him to drive a commercial vehicle.

17.

Defendant KCG, Inc. was negligent in failing to appropriately train Defendant Wilkerson.

18.

Defendant KCG, Inc. was negligent in failing to properly supervise Defendant Wilkerson.

19.

Defendant KCG, Inc's negligence in hiring Defendant Wilkerson and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff Strickland's injuries.

## COUNT IV – RESPONDEAT SUPERIOR

20.

Plaintiff hereby realleges and reasserts Paragraphs 1 through 19, as if fully set forth herein.

21.

Defendant KCG, Inc. is vicariously liable through the negligence of its employee, who was negligent in the operation of the vehicle, when he knew, or should have known, that failure to watch the roadway would result in injury and property damage.

22.

Defendant Wilkerson was negligent in the operation of the vehicle when he did not keep a proper lookout for other vehicles on the roadway or should have known that such a sudden action would result in injury and damage to property.

23.

Defendant Wilkerson was in uniform and operating a company vehicle and acting within the scope of his employment with Defendant KCG, Inc.

24.

Defendant Wilkerson's negligence per se was a proximate cause of Plaintiff's injuries and damages.

## COUNT V DAMAGES

25.

Plaintiff re-alleges and incorporates the allegations contained in paragraphs 1 through 24 above, as if fully set forth herein verbatim.

26.

As a result of Defendants' negligence Plaintiff Strickland suffered serious and permanent injuries.

27.

As a result of the Defendants' negligence, Plaintiff Strickland has a claim for past, present, and future medical expenses and lost wages.

28.

As a result of Defendants' negligence, Plaintiff Strickland has a claim for past, present, and future pain and suffering.

29.

As a direct and proximate cause of the collision, Plaintiff Strickland suffered injury and resulting pain and suffering, disability, mental anguish, loss of earning, loss of ability to earn and loss of capacity for the enjoyment of life.

30.

Plaintiff Strickland incurred the following special damages as a result of this incident:

| | |
|---|---|
| Piedmont Newnan Hospital | $ 2,030.00 |
| Serenity Chiropractic | $ 7,100.00 |
| American Health Imaging | $ 4,595.00 |
| Comprehensive Spine and Pain | $135,217.30 |
| Atlanta Regenerative Medicine Institute | $ 35,400.00 |
| Georgia Spine & Orthopaedics | $161,189.61 |
| TOTAL | $345,531.91 |

31.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

32.

Plaintiff Strickland have a claim under O.C.G.A. §13-6-11 as the Defendants have acted in bad faith, and have been stubbornly litigious, warranting an award of plaintiff's attorney's fees and expenses.

**WHEREFORE** Plaintiff prays for the following:

(a) That the Plaintiff have a trial by a jury as to all issues;

(b) That Plaintiff Strickland recover for his pain and suffering;

(c) That Plaintiff Strickland recover medical expenses in the amount of all and any other medical bills to be specified by timely amendment of this Complaint;

(d) That Plaintiff Strickland recover general damages in an amount to be proven at trial;

(e) That Plaintiff Strickland recover for past, present, and future medical, hospital, lost wages, out of pocket expenses and other items of special damages, in amounts to be specified by timely amendment of this Complaint;

(f) That Plaintiff recover punitive damages in an amount to be proven at trial;

(g) Recovery of reasonable attorney fees and expenses of litigation;

(h) That all costs be cast against the Defendants; and

(i) For such other relief as this Court deems just and appropriate.

This 8th day of June, 2021.

Respectfully submitted,

BY:/s/  **Michael C. Jones**
Michael C. Jones, Esq.
*Attorney for Plaintiff*
Ga Bar No.: 001359

**MICHAEL C. JONES & ASSOCIATES, LLC**
1827 Powers Ferry Rd, Bld. 11 Suite 200
Atlanta, Georgia 30339
Phone (404) 228-5985
Fax (404) 601-1845
Email: mikejones@mcjoneslaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served the above-styled Complaint for Damages via hand delivery of a Private Process Serve upon the following:

**KCG Inc., d/b/a Rew Materials**
**C/O Corporate Service Company**
**2 Sun Court**
**Suite 400**
**Peachtree Corners, GA 30092**

**Timothy Wilkerson**
**2404 Tillery Ln**
**Apt A1**
**Phenix City, AL 36867-2955**

This 8th Day of June, 2021.

Respectfully submitted,

BY:/s/ **Michael C. Jones**
Michael C. Jones, Esq.
*Attorney for Plaintiff*
Ga Bar No.: 001359

**MICHAEL C. JONES & ASSOCIATES, LLC**
1827 Powers Ferry Rd, Bld. 11 Suite 200
Atlanta, Georgia 30339
Phone (404) 228-5985
Fax (404) 601-1845
Email: mikejones@mcjoneslaw.com

-8-

# EXHIBIT "A"

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No | | County | Date Rec. by DOT |
|---|---|---|---|---|
| 1910000534 | 0380000 | | COWETA | 10/11/2019 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 10/11/2019 | 07:06 | 10/11/2019 | 07:06 | 10/11/2019 | 07:06 | 2 | 0 | 0 | |

Road of Occurrence: SMOKEY RD
Not At Its Intersection But: 1 ☑ Feet ☑ South  Of FIELDS RD
From Its Intersection With:
Latitude (Y):   Longitude (X):

☐ Suppl. To Original?
☐ Private Property?
☐ Hit And Run?

## Unit 1

☑ Driver ☐ Ped ☐ Bike
LAST NAME: WILKERSON    FIRST: TIMOTHY    MIDDLE:
Address: [redacted]
☑ Susp At Fault
City: ASHFORD    State: AL    Zip: [redacted]    DOB: [redacted]
Driver's License No: 7883413    Class: CLASS A    State: AL    Country: US
Insurance Co: [redacted]    Policy No: [redacted]    Telephone No: [redacted]
Year: 2015    Make: [redacted]    Model: IWS
VIN: [redacted]    Vehicle Color: White
Tag #: [redacted]    State: TN    County:    Year: 2019
Trailer Tag #:    State:    County:    Year:
☐ Same as Driver    Owner's Last Name: REW MATERIALS    First:    Middle:
Address: [redacted]
City: COLUMBUS    State: GA    Zip: 31909
Removed By: DRIVER    ☐ Request ☐ List

Alcohol Test: No    Type: Not Tested    Results: None Given    Drug Test: No    Type:    Results:
First Harmful Event: Motor Vehicle in Motion    Most Harmful Event: Motor Vehicle in Motion    Operator/Ped Cond: Not Drinking
Operator Factors: Other
Vehicle Factors: No Contributing Factors    Roadway Factors: No Contributing Factors
Direction of Travel: North    Vehicle Maneuver: Straight    Non-Motor Maneuver:
Vehicle Class: Commercial Motor Vehicle (CMV)    Vehicle Type: Single Unit Truck    Vision Obscured: Not Obscured
Number of Occupants: 2    Area of Initial Contact: Right Side Near Front    Damage to Vehicle: Minor Damage
Traffic Way Flow: Two Way Trafficway with no physical separation    Road Composition: Black Top    Road Character: Straight on Grade
Number of Lanes: 2    Posted Speed: 45    Work Zone: None
Traffic Control: No Control Present    Device Inoperative: ☐ Yes ☑ No

Citation Information:
Citation #:    OCGA §
Citation #:    OCGA §
Citation #:    OCGA §

### COMMERCIAL MOTOR VEHICLES ONLY

Carrier Name: REW MATERIALS
Address: 1148 NORTH SIDE INDUSTRIAL BLVD    City: COLUMBUS    State:    Zip:
U.S. D.O.T. #: 688944    No. of Axles: 3    G.V.W.R: 26001 or Greater
Cargo Body Type: Flatbed    Vehicle Config: Single Unit Truck: 3 or More    ☑ Interstate ☐ Intrastate    Fed. Reportable: ☑ Yes ☐ No
C.D.L.?: ☑ Yes ☐ No    C.D.L. Suspended?: ☐ Yes ☑ No
Vehicle Placarded?: ☐ Yes ☑ No    Hazardous Materials?: ☐ Yes ☑ No
Hazmat Released?: ☐ Yes ☑ No
If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## Unit 2

☑ Driver ☐ Ped ☐ Bike
LAST NAME: STRICKLAND    FIRST: BERDETTE    MIDDLE: T
Address: [redacted]
☐ Susp At Fault
City: SENOIA    State: GA    Zip: [redacted]    DOB: [redacted]
Driver's License No: 055796326    Class: CLASS C    State: GA    Country: US
Insurance Co: [redacted]    Policy No: [redacted]    Telephone No: [redacted]
Year: 2003    Make: GENERAL MOTORS CORP    Model: SIERRA K2500
VIN: [redacted]    Vehicle Color: Unknown
Tag #: [redacted]    State: GA    County: COWETA    Year: 2020
Trailer Tag #: TT11H16    State: GA    County: COWETA    Year: 2020
☐ Same as Driver    Owner's Last Name: GREENLIFE LAWN CARE INC    First:    Middle:
Address: [redacted]
City: NEWNAN    State: GA    Zip: 30263
Removed By: DRIVER    ☐ Request ☐ List

Alcohol Test: No    Type: Not Tested    Results: None Given    Drug Test: No    Type:    Results:
First Harmful Event: Motor Vehicle in Motion    Most Harmful Event: Motor Vehicle in Motion    Operator/Ped Cond: Not Drinking
Operator Factors: No Contributing Factors
Vehicle Factors: No Contributing Factors    Roadway Factors: No Contributing Factors
Direction of Travel: East    Vehicle Maneuver: Stopped    Non-Motor Maneuver:
Vehicle Class: Privately Owned    Vehicle Type: Pickup Truck    Vision Obscured: Not Obscured
Number of Occupants: 1    Area of Initial Contact: Front End    Damage to Vehicle: Minor Damage
Traffic Way Flow: Two-Way Trafficway with no physical separation    Road Composition: Black Top    Road Character: Straight and Level
Number of Lanes: 2    Posted Speed: 45    Work Zone: None
Traffic Control: No Control Present    Device Inoperative: ☐ Yes ☑ No

Citation Information:
Citation #:    OCGA §
Citation #:    OCGA §
Citation #:    OCGA §

### COMMERCIAL MOTOR VEHICLES ONLY

Carrier Name:
Address:    City:    State:    Zip:
U.S. D.O.T. #:    No. of Axles:    G.V.W.R:
Cargo Body Type:    Vehicle Config:    ☐ Interstate ☐ Intrastate    Fed. Reportable: ☐ Yes ☐ No
C.D.L.?: ☐ Yes ☐ No    C.D.L. Suspended?: ☐ Yes ☐ No
Vehicle Placarded?: ☐ Yes ☐ No    Hazardous Materials?: ☐ Yes ☐ No
Hazmat Released?: ☐ Yes ☐ No
If YES: Name or 4 Digit Number from Diamond or Box:
One Digit Number from Bottom of Diamond:
☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

## COLLISION FIELDS

| Manner of Collision: Angle | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |
|---|---|---|---|---|

### NARRATIVE

Added: Oct 11 2019 7:36AM
Vehicle two was in a driveway, waiting for the gate to open with his flashers on. Vehicle two's trailer was partially in the roadway. Vehicle one stated that he was looking at a vehicle on the other side of the road and when he looked in his lane of travel he struck the trailer that was in the roadway. No injuries were reported at the time of the accident.

### DIAGRAM

Smokey Rd

POI

NOT TO SCALE

### PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle | Owner |
|---|---|

### WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

### 1
| Name (Last, First) | WILKERSON, TIMOTHY | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age | Sex: Male | Unit # 1 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First) | DYSON, COREY | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age | Sex: Male | Unit # 1 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First) | STRICKLAND, BERDETTE | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age | Sex: Male | Unit # 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Non-Deployed Air | Injury: No Apparent Injury | Taken for Treatment: No |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First) | | | | | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age | Sex | Unit # | Position | Safety Eq | Ejected | Extricated | Air Bag | Injury | Taken for Treatment |
| Injured Taken To: | | | By: | | EMS Notified Time: | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

| Photos Taken | ☐ Yes ☑ No | By | | Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963. |
|---|---|---|---|---|
| Report By: BAGGETT | Agency: Coweta Co Sheriff's Office | | Report Date: 10/11/2019 00:00 | Checked By: HILL    Date Checked: 10/11/2019 |